IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

WYNATHEN KETCHUM, et al.,

        Plaintiffs,                No. Civ. S-05-1098-DFL-JFM

    v.                            O R D E R

CITY OF VALLEJO,

        Defendant.

_____/

    IS HEREBY ORDERED THAT the above-referenced case is referred to the Voluntary Dispute Resolution Program (VDRP).

    IT IS SO ORDERED.

Dated: 10/7/2005

_____
DAVID F. LEVI
United States District Judge

1