1  DAVID P. MASTAGNI, ESQ. (SBN 57721)
   DAVID E. MASTAGNI, ESQ. (SBN 204244)
2  WILL M. YAMADA, ESQ. (SBN 226669)
   **MASTAGNI, HOLSTEDT, AMICK,**
3  **MILLER, JOHNSEN & UHRHAMMER**
   *A Professional Corporation*
4  1912 "I" Street
   Sacramento, California 95814
5  Telephone: (916) 446-4692
   Facsimile: (916) 447-4614
6
7  Attorneys for Plaintiffs
8
9                    IN THE UNITED STATES DISTRICT COURT
10                      NORTHERN DISTRICT OF CALIFORNIA

11 | WYNATHEN KETCHCUM, ANA           ) | Case No.: CIV-S-05-1098 DFL JFM
   | MENJIVAR, acting for themselves and ) |
12 | others similarly situated,        ) | **STIPULATION AND ORDER RE**
   |                                   ) | **EXTENDING TIME OF VDRP**
13 |              Plaintiffs,          ) | **COMPLETION**
   |                                   ) |
14 |      v.                           ) |
   |                                   ) |
15 |                                   ) |
   | CITY OF VALLEJO,                  ) |
16 |                                   ) |
   |              Defendant.           ) |
17 |_____ ) |

18
19  1.   IT IS HEREBY STIPULATED by and between the parties to the above-entitled action, by their
20  respective counsel, that the date to complete private mediation shall be extended.
21  2.   On October 7, 2005 the parties were referred to Voluntary Dispute Resolution Program (VDRP).
22  3.   The parties were assigned a neutral on November 30, 2006.  Pursuant to the Local Rules the
23  parties are to complete the VDRP within ninety (90) days.
24  4.   The parties believe VDRP is appropriate for this case and wish to pursue VDRP as an option
    in this matter.
25  5.   There have been no previous time modifications to this case.
26  6.   Modification of the schedule will enable the parties to continue with discovery.
27  7.   The requested time modification will minimally effect the schedule of the case and will not
28

Stipulation and [Proposed] Order Re                              *Ketchum, et al.* v. *City of Vallejo*
Extending Time                                                   CIV-S-05-1098 DFL JFM

1  postpone any additional dates set in the pretrial scheduling order.

2  8. The parties therefore request the date the parties are to complete VDRP be set for June 30, 2006.

Dated: March 30, 2006

**MASTAGNI, HOLSTEDT, AMICK, MILLER, JOHNSEN & UHRHAMMER**

By:   /s/ David E. Mastagni
DAVID E. MASTAGNI,
Attorney for Plaintiffs

Dated: March 30, 2006

By: _____
CLAUDIA QUINTANA,
Attorney for Defendant

[PROPOSED] ORDER

The Stipulation and [Proposed] Order Extending Time to Complete the VDRP Program Is Hereby Adopted by the Court for the Case and the Parties Are Ordered to Comply with this Order.

Dated:  4/6/2006        /s/ David F. Levi
HONORABLE DAVID F. LEVI