1  DAVID P. MASTAGNI, ESQ. (SBN 57721)
   DAVID E. MASTAGNI, ESQ. (SBN 204244)
2  WILL M. YAMADA, ESQ. (SBN 226669)
   **MASTAGNI, HOLSTEDT, AMICK,**
3  **MILLER, JOHNSEN & UHRHAMMER**
   *A Professional Corporation*
4  1912 "I" Street
   Sacramento, California 95814
5  Telephone: (916) 446-4692
   Facsimile: (916) 447-4614

7  Attorneys for Plaintiffs

9  IN THE UNITED STATES DISTRICT COURT

10  NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WYNATHEN KETHCUM, ANA MENJIVAR, acting for themselves and others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>CITY OF VALLEJO,<br><br>Defendant. | Case No.: CIV-S-05-1098 DFL JFM<br><br>**AMENDED STIPULATION AND ORDER RE EXTENDING TIME OF VDRP COMPLETION** |

19  1.  **IT IS HEREBY STIPULATED** by and between the parties to the above-entitled action, by

20  their respective counsel, that the date to complete the Voluntary Dispute Resolution Program (VDRP)

21  shall be extended.

22  2.  On October 7, 2005, the parties were referred to Voluntary Dispute Resolution Program

23  (VDRP).

24  3.  The parties were assigned a neutral on November 30, 2005.  Pursuant to the Local Rules the

25  parties are to complete the VDRP within ninety (90) days.

26  4.  The parties believe VDRP is appropriate for this case and wish to pursue VDRP as an option

27  in this matter.

28  / /

5. The previous Proposed Order extending VDRP signed by this Court on April 6, 2006 was submitted to this Court in error, and did not accurately reflect the Parties' stipulation.

6. Modification of the schedule will enable the parties to continue with discovery.

7. The requested time modification will minimally affect the schedule of the case and will not postpone any additional dates set in the pretrial scheduling order.

8. The parties therefore request the date the parties are to complete VDRP be set for August 30, 2006.

**MASTAGNI, HOLSTEDT, AMICK, MILLER, JOHNSEN & UHRHAMMER**

Dated: April 7, 2006

By:_____
DAVID E. MASTAGNI,
Attorney for Plaintiffs

Dated: April 7, 2006

By:   /s/ - Claudia Quintana
CLAUDIA QUINTANA,
Attorney for Defendant

ORDER

The Stipulation and Order Extending Time to Complete the VDRP Program Is Hereby Adopted by the Court for the Case and the Parties Are Ordered to Comply with this Order.

Dated: 4/11/06        /s/ David F. Levi
HONORABLE DAVID F. LEVI