IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

WYNATHEN KETCHUM,
ANA MENJIVAR, acting for
themselves and other similarly
situated,

      Plaintiffs,                No. CIV S-05-1098 DFL JFM

    vs.

CITY OF VALLEJO,

      Defendant.                <u>ORDER</u>

_____/

        Defendant's motion to compel production of documents is presently calendared for hearing on May 4, 2006. Pursuant to Local Rule 78-230(h), the court has determined that the matter will be submitted on the papers without oral argument. Upon review of the motion and the documents in support and opposition, and good cause appearing therefor, THE COURT MAKES THE FOLLOWING FINDINGS:

        Defendant's March 14, 2006 motion to compel production of documents, supplemented by its subsequent motion filed April 27, 2006, is granted. Within ten days from the date of this order, plaintiffs shall provide the documents responsive to the September 29, 2005 production of documents, as more specifically identified in defendant's April 27, 2006 motion. (<u>Id.</u> at 2-6.) All documents produced are subject to a protective order and shall be used only in connection with the conduct of this litigation.

In accordance with the above, IT IS HEREBY ORDERED that:

1. The hearing date of May 4, 2006 on defendant's motion to compel production of documents is vacated.

2. Defendant's motion to compel production of documents filed March 14, 2006 and supplemented on April 27, 2006, is granted.

3. Within ten days from the date of this order, plaintiffs shall provide the documents responsive to the September 29, 2005 production of documents.

4. All documents produced pursuant to this order are subject to a protective order and shall be used only in connection with the conduct of this litigation.

5. The parties' requests for expenses and/or sanctions are denied.

DATED: May 2, 2006.

UNITED STATES MAGISTRATE JUDGE

001
ketchum.oah