IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WYNATHAN KETCHUM, et al.,<br><br>    Plaintiffs,<br><br>    v.<br><br>CITY OF VALLEJO,<br><br>    Defendant. | CIV-S-05-01098 DFL JFM<br><br>MEMORANDUM OF OPINION<br>AND ORDER |

    Plaintiffs' motion under Fed. R. Civ. P. 56(f) for a continuance to the summary judgment hearing scheduled for September 13, 2006 is GRANTED.  The hearing is rescheduled for December 13, 2006 at 10:00 a.m.

    The parties are reminded that discovery disputes are properly brought before the magistrate judge.  LR 72-302.

    IT IS SO ORDERED.

Dated: August 22, 2006

                                /s/ David F. Levi
                                DAVID F. LEVI
                                United States District Judge

1