IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

WYNATHEN KETCHUM,
ANA MENJIVAR, acting for
themselves and other similarly
situated,

        Plaintiffs,      No. CIV S-05-1098 DFL JFM

vs.

CITY OF VALLEJO,

        Defendants.      <u>ORDER</u>

_____/

        On August 28, 2006, counsel for defendants filed two declarations in support of an ex parte application for order shortening time and to recall deposition subpoenas of Lee and Liddicoet.  The documents were not noticed for hearing pursuant to Local Rule 37-251, and did not meet the requirements for a request for order shortening time, Local Rule 6-144(e). Accordingly, IT IS HEREBY ORDERED that the August 28, 2006 filing is denied without prejudice to refiling in compliance with the Local Rules.

DATED: August 29, 2006.

                                               UNITED STATES MAGISTRATE JUDGE

/ketchum.ost