1  DAVID P. MASTAGNI, ESQ. (SBN 57721)
   DAVID E. MASTAGNI, ESQ. (SBN 204244)
2  WILL M. YAMADA, ESQ. (SBN 226669)
   **MASTAGNI, HOLSTEDT, AMICK,**
3  **MILLER, JOHNSEN & UHRHAMMER**
   *A Professional Corporation*
4  1912 "I" Street
   Sacramento, California 95814
5  Telephone: (916) 446-4692
   Facsimile: (916) 447-4614

7  Attorneys for Plaintiffs

9                    IN THE UNITED STATES DISTRICT COURT

10                    NORTHERN DISTRICT OF CALIFORNIA

11 WYNATHEN KETHCUM, ANA              )   Case No.: CIV-S-05-1098 DFL JFM
   MENJIVAR, acting for themselves and )
12 others similarly situated,          )   **SECOND AMENDED STIPULATION**
                                       )   **AND  ORDER RE EXTENDING TIME**
13              Plaintiffs,            )   **OF VDRP COMPLETION**
                                       )
14         v.                          )
                                       )
15                                     )
   CITY OF VALLEJO,                    )
16                                     )
                Defendant.             )
17 _____)

18
         1.     IT IS HEREBY STIPULATED by and between the parties to the above-entitled action,
19
   by their respective counsel, that the date to complete private mediation shall be extended.
20
         2.     On October 7, 2005 the parties were referred to Voluntary Dispute Resolution Program
21
   (VDRP).
22
         3.     The parties were assigned a neutral on November 30, 2005.  Pursuant to the Local Rules
23
   the parties are to complete the VDRP within ninety (90) days.
24
         4.     The parties believe VDRP is appropriate for this case and wish to pursue VDRP as an
25
   option in this matter.
26
         5.     There has been one (1) previous extension in this case.
27
         6.     Modification of the schedule will enable the parties to continue with discovery, resolve
28

1  discovery disputes and obtain rulings on motions.

2      7.    The requested time modification will minimally effect the schedule of the case and will not postpone any additional dates set in the pretrial scheduling order.

4      8.    The parties therefore request the date the parties are to complete VDRP be set on March 13, 2007, ninety (90) days after the December 13, 2006, hearing on the motion for summary judgment.

**MASTAGNI, HOLSTEDT, AMICK,
MILLER, JOHNSEN & UHRHAMMER**

Dated: August 29, 2006

By:   /s/ David E. Mastagni
    DAVID E. MASTAGNI,
    Attorney for Plaintiffs

Dated: _____, 2006

By:_____
    CLAUDIA QUINTANA,
    Attorney for Defendant

## [PROPOSED] ORDER

The Stipulation and [Proposed] Order Extending Time to Complete the VDRP Program Is Hereby Adopted by the Court for the Case and the Parties Are Ordered to Comply with this Order. VDRP shall be completed by 3/13/2007.

Dated: 8/30/2006

_____
DAVID F. LEVI
United States District Judge