IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

WYNATHEN KETCHUM, et al.,

    Plaintiffs,                No. CIV S-05-1098 DFL JFM

    vs.

CITY OF VALLEJO,

    Defendant.             ORDER

_____/

        On August 24, 2006, defendant filed a motion for protective order. Said motion is set for hearing before the undersigned on September 14, 2006 at 11:00 a.m. in Courtroom # 26. On September 11, 2006, defendant filed a document entitled "Affidavit of Claudia Quintana Regarding Discovery Disagreement."

        On September 11, 2006, plaintiffs filed an opposition to defendant's motion for protective order and request for $6,738.00 in sanctions, as well as a 70 page declaration by counsel David E. Mastagni.

        These filings demonstrate that the parties have not satisfied the meet and confer requirements of Local Rule 37-251.

/////

1        Accordingly, IT IS ORDERED that:

2        1. On September 14, 2006, at 11:00 a.m., the parties shall meet and confer in

3 person concerning the matters at issue in defendant's August 17, 2006 motion to compel;

4        2. Said meeting shall take place at the United States Courthouse, 501 I Street,

5 Sacramento, California;

6        3. The parties shall forthwith contact Connie Farnsworth, Courtroom Deputy, to

7 obtain a specific location within the courthouse for the meeting required by this order;

8        4. No later than Monday, September 18, 2006, the parties shall file a joint

9 stipulation reporting on the results of the conference required by this order; and

10        5. Defendant's motion for protective order shall be continued for hearing, if

11 necessary, on Thursday, September 21, 2006, at 11:00 a.m. in Courtroom #26.

12 DATED: September 12, 2006.

_____
UNITED STATES MAGISTRATE JUDGE

16 001;ketchum.251b