IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

WYNATHEN KETCHUM,
ANA MENJIVAR, acting for
themselves and other similarly
situated,

        Plaintiffs,         No. CIV S-05-1098 DFL JFM

   vs.

CITY OF VALLEJO,

        Defendant.         <u>ORDER</u>

_____/

      Defendant's motion for protective order came on regularly for hearing September 22, 2006. David E. Mastagni, Jr. and Will Yamada appeared for plaintiffs. Claudia Quintana appeared for defendant. Upon review of the motion and the documents in support and opposition, upon hearing the arguments of plaintiff and counsel and good cause appearing therefor, THE COURT MADE THE FOLLOWING FINDINGS AND ORDERS and announced them to the parties in open court:

      Defendant's August 24, 2006 motion for protective order is denied. Plaintiffs' request for expenses is denied.

DATED: September 28, 2006.

                                       */s/ signature*
                              UNITED STATES MAGISTRATE JUDGE

001; ketchum.oah2