DAVID P. MASTAGNI, ESQ. (SBN 57721)
DAVID E. MASTAGNI, ESQ. (SBN 204244)
WILL M. YAMADA, ESQ. (SBN 226669)
**MASTAGNI, HOLSTEDT, AMICK,**
**MILLER, JOHNSEN & UHRHAMMER**
*A Professional Corporation*
1912 "I" Street
Sacramento, California 95814
Telephone: (916) 446-4692
Facsimile: (916) 447-4614

Attorneys for Plaintiffs

IN THE UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WYNATHEN KETHCUM, ANA MENJIVAR, acting for themselves and others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>CITY OF VALLEJO,<br><br>Defendant. | Case No.: CIV-S-05-1098 DFL JFM<br><br>**STIPULATION AND ORDER RE EXTENDING TIME OF VDRP COMPLETION** |

1. IT IS HEREBY STIPULATED by and between the parties to the above-entitled action, by their respective counsel, that the date to complete private mediation shall be extended.

2. On October 7, 2005 the parties were referred to Voluntary Dispute Resolution Program (VDRP).

3. The parties were assigned a neutral on November 30, 2005. Pursuant to the Local Rules the parties are to complete the VDRP within ninety (90) days.

4. The parties have both filed motions for summary judgement. Both motions will be heard on February 14, 2007.

5. The parties have agreed to a mediation date for March 19, 2007.

6. The requested time modification will minimally effect the schedule of the case and will

1  not postpone any additional dates set in the pretrial scheduling order.

2      7.   The parties therefore request the date the parties are to complete VDRP be set on March
3  20, 2007.

4

5                                         **MASTAGNI, HOLSTEDT, AMICK,**
                                          **MILLER, JOHNSEN & UHRHAMMER**
6  Dated: January 12, 2007

7                                         By:_____
                                              WILL M. YAMADA,
8                                             Attorney for Plaintiffs

9  Dated: _____ , 2007
                                          By:_____
10                                            JOHN WHITEFLEET,
                                              Attorney for Defendant
11

12

13

14                                  ORDER

15      The Stipulation and [Proposed] Order Extending Time to Complete the VDRP Program Is

16  Hereby Adopted by the Court for the Case and the Parties Are Ordered to Comply with this Order.

17  VDRP shall be completed by March 20, 2007.

18

19  Dated:  01/23/2007
                                          /s/ David F. Levi
20                                        HONORABLE DAVID F. LEVI

21

22

23

24

25

26

27

28