**PORTER, SCOTT, WEIBERG & DELEHANT**
A Professional Corporation
Terence J. Cassidy, SBN 099180
John R. Whitefleet, SBN 213301
350 University Avenue, Suite 200
Sacramento, CA 95825
(916) 929-1481
(916) 927-3706 (facsimile)

Attorneys for Defendant CITY OF VALLEJO

# IN THE UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WYNATHEN KETCHUM, ANA MENJIVAR, acting for themselves and others similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>CITY OF VALLEJO,<br><br>Defendant.<br>_____/ | Case No.: CIV. 2:05-CV-01098-DFL-JFM<br><br>**STIPULATION BY THE PARTIES TO MODIFY SCHEDULING ORDER REGARDING REBUTTAL EXPERT DISCLOSURE; ORDER REGARDING SAME** |

Plaintiffs WYNATHEN KETCHUM and ANA MENJIVAR and Defendant CITY OF VALLEJO, by and through their respective attorneys of record, hereby agree to the proposed change set forth below and request the Court modify the Scheduling Order issued August 29, 2005 as follows:

Last Day to Serve Rebuttal Disclosure                                                         February 21, 2007

Dated: January 23, 2007          MASTAGNI, HOLSTEDT, AMICK, MILLER,
                                 JOHSEN & UHRHAMMER
                                 A Professional Law Corporation


                                           /s/ Straun W. Boston, Esq.
                                 By _____
                                    David E. Mastagni, Esq.
                                    Will M. Yamada, Esq.
                                    Straun W. Boston, Esq.
                                    Attorneys for Plaintiffs

1
**STIPULATION TO MODIFY SCHEDULING ORDER REGARDING REBUTTAL EXPERT DISCLOSURE**
00478774.WPD

| | | |
|---|---|---|
| 1 | Dated: January 23, 2007 | PORTER, SCOTT, WEIBERG & DELEHANT |
| 2 | | A Professional Law Corporation |
| 3 | | /s/ John R. Whitefleet |
| 4 | | By _____ |
| | | Terence J. Cassidy |
| 5 | | John R. Whitefleet |
| | | Attorneys for Defendant |

**GOOD CAUSE APPEARING, IT IS SO ORDERED.**

DATED:   01/25/2007

/s/ David F. Levi
U.S. DISTRICT COURT JUDGE