1 **PORTER, SCOTT, WEIBERG & DELEHANT**
A Professional Corporation
2 Terence J. Cassidy, SBN 099180
John R. Whitefleet, SBN 213301
3 350 University Avenue, Suite 200
Sacramento, CA 95825
4 (916) 929-1481
(916) 927-3706 (facsimile)
5
Attorneys for Defendant CITY OF VALLEJO
6

7

8 IN THE UNITED STATES DISTRICT COURT

9 EASTERN DISTRICT OF CALIFORNIA

10

| | |
|---|---|
| 11  WYNATHEN KETCHUM, ANA MENJIVAR, acting for themselves and others similarly situated,<br>12<br>13           Plaintiffs,<br>14  vs.<br>15  CITY OF VALLEJO,<br>16           Defendant.<br>17  _____/ | Case No.: CIV. 2:05-CV-01098-DFL-JFM<br><br>**STIPULATION BY THE PARTIES TO MODIFY SCHEDULING ORDER REGARDING REBUTTAL EXPERT DISCLOSURE; ORDER REGARDING SAME** |

18      Plaintiffs WYNATHEN KETCHUM and ANA MENJIVAR and Defendant CITY OF

19 VALLEJO, by and through their respective attorneys of record, hereby agree to the proposed

20 change set forth below and request the Court modify the Scheduling Order issued August 29,

21 2005 as follows:

22 Last Day to Serve Rebuttal Disclosure                                                                March 7, 2007

23 Dated: February 21, 2007         MASTAGNI, HOLSTEDT, AMICK, MILLER,
                                     JOHSEN & UHRHAMMER
24                                   A Professional Law Corporation

25
                                            /s/ Straun W. Boston
26                          By       _____
                                     David E. Mastagni, Esq.
27                                   Will M. Yamada, Esq.
                                     Straun W. Boston, Esq.
28                                   Attorneys for Plaintiffs

1

**STIPULATION TO MODIFY SCHEDULING ORDER REGARDING REBUTTAL EXPERT DISCLOSURE**

00485403.WPD

1 | Dated: February 22, 2007         PORTER, SCOTT, WEIBERG & DELEHANT
2 |                                  A Professional Law Corporation
3 |                                          /s/ John R. Whitefleet
4 |                              By  _____
                                     Terence J. Cassidy
                                     John R. Whitefleet
5 |                                  Attorneys for Defendant
6 |
7 | **GOOD CAUSE APPEARING, IT IS SO ORDERED.**
8 |
9 | DATED: 02/27/2007
                                          /s/ David F. Levi
10|                                  _____
                                     U.S. DISTRICT COURT JUDGE