1  **PORTER, SCOTT, WEIBERG & DELEHANT**
   A Professional Corporation
2  Terence J. Cassidy, SBN 099180
   John R. Whitefleet, SBN 213301
3  350 University Avenue, Suite 200
   Sacramento, CA 95825
4  (916) 929-1481
   (916) 927-3706 (facsimile)
5
   Attorneys for Defendant CITY OF VALLEJO
6

7

8                    IN THE UNITED STATES DISTRICT COURT

9                      EASTERN DISTRICT OF CALIFORNIA

10

| | |
|---|---|
| 11  WYNATHEN KETCHUM, ANA MENJIVAR, acting for themselves and others similarly situated, | Case No.: CIV. 2:05-CV-01098-DFL-JFM |
| 12 | **STIPULATION BY THE PARTIES TO MODIFY SCHEDULING ORDER REGARDING DISCOVERY CUTOFF; PROPOSED ORDER REGARDING SAME** |
| 13        Plaintiffs, | |
| 14  vs. | |
| 15  CITY OF VALLEJO, | |
| 16        Defendant. | |
| 17  _____/ | |

18        Plaintiffs WYNATHEN KETCHUM and ANA MENJIVAR and Defendant CITY OF

19  VALLEJO, by and through their respective attorneys of record, hereby agree to the proposed

20  change set forth below and request the Court modify the Scheduling Order filed August 29,

21  2005 as follows:

22                                  Old Date                    New Date

23  Discovery Cut-OFF               March 2, 2007               March 30, 2007
    For Expert Witnesses
24

25  Good cause exists to modify the Scheduling Order.  Defendant's previously-chosen expert

26  reneged precipitating the parties' agreement to extend the time for rebuttal expert disclosure

27  to March 7, 2007.  In addition, Plaintiffs' expert is not available until after the current cut off

28  of March 2, 2007.  Thus, additional time is both reasonable and necessary to allow the parties

                                          1

1  to scheduled and complete the depositions of expert witnesses of both parties. This change
2  will not effect the other dates such as trial or dispositive motion deadline as the parties have
3  already filed cross-motions for summary judgment, currently on calendar for hearing on April
4  25, 2007.

Respectfully Submitted,

Dated: February 27, 2007

MASTAGNI, HOLSTEDT, AMICK, MILLER,
JOHSEN & UHRHAMMER
A Professional Law Corporation

By  /s/ Straun W. Boston
David E. Mastagni, Esq.
Will M. Yamada, Esq.
Straun W. Boston, Esq.
Attorneys for Plaintiffs

Respectfully Submitted,

Dated: February 27, 2007

PORTER, SCOTT, WEIBERG & DELEHANT
A Professional Law Corporation

By  /s/ John R. Whitefleet
Terence J. Cassidy
John R. Whitefleet
Attorneys for Defendant

**GOOD CAUSE APPEARING, IT IS SO ORDERED.**

DATED: 03/01/2007

/s/ David F. Levi
U.S. DISTRICT COURT JUDGE

**STIPULATION TO MODIFY SCHEDULING ORDER
RE DISCOVERY CUTOFF**

00485848.WPD