1  **PORTER, SCOTT, WEIBERG & DELEHANT**
   A Professional Corporation
2  Terence J. Cassidy, SBN 099180
   John R. Whitefleet, SBN 213301
3  350 University Avenue, Suite 200
   Sacramento, CA 95825
4  (916) 929-1481
   (916) 927-3706 (facsimile)
5
   Attorneys for Defendant CITY OF VALLEJO
6

7

8              IN THE UNITED STATES DISTRICT COURT

9                EASTERN DISTRICT OF CALIFORNIA

10

11 | WYNATHEN KETCHUM, ANA       | Case No.: CIV. 2:05-CV-01098-DFL-JFM
   | MENJIVAR, acting for themselves and
12 | others similarly situated,   | **STIPULATION BY THE PARTIES TO EXTEND TIME TO COMPLETE VDRP**
13 |        Plaintiffs,           |

14 | vs.

15 | CITY OF VALLEJO,

16 |        Defendant.

17 | _____/

18     Plaintiffs WYNATHEN KETCHUM and ANA MENJIVAR and Defendant CITY OF

19 VALLEJO, by and through their attorneys of record, hereby agree to the following:

20     This matter has been referred to the Voluntary Dispute Resolution Program (VDRP).

21 After a neutral was assigned, a conflict arose resulting in his recusal. On or about January 24,

22 2007, Timothy Long, Esq. of Orrick, Herrington & Sutcliffe, LLP, was appointed as Neutral.

23 Mr. Long informs the parties that his first available date is July 18, 2007, which is past the

24 March 20, 2007 deadline to complete the VDRP.  Accordingly, good cause exists to extend

25 the deadline to complete VDRP.

26 ///

27 ///

28 ///

                                        1
00489944.WPD **STIPULATION BY THE PARTIES TO EXTEND TIME TO COMPLETE VDRP**

1    Therefore, due to circumstances beyond their control, the parties agree and
2    respectfully request that the deadline to complete VDRP should be extended to July 20, 2007.

4                                        Respectfully Submitted,

5    Dated: February 27, 2007             MASTAGNI, HOLSTEDT, AMICK, MILLER,
                                          JOHSEN & UHRHAMMER
6                                         A Professional Law Corporation

8                                        By _____
                                            David E. Mastagni, Esq.
9                                           Will M. Yamada, Esq.
                                            Straun W. Boston, Esq.
10                                          Attorneys for Plaintiffs

11                                       Respectfully Submitted,

12   Dated: February 27, 2007             PORTER, SCOTT, WEIBERG & DELEHANT
                                          A Professional Law Corporation

15                                       By _____
                                            Terence J. Cassidy
                                            John R. Whitefleet
16                                          Attorneys for Defendant

18   **GOOD CAUSE APPEARING, IT IS SO ORDERED.**

20   DATED:   March 19, 2007
                                          /s/ David F. Levi
21                                        U.S. DISTRICT COURT JUDGE