1  **PORTER, SCOTT, WEIBERG & DELEHANT**
   A Professional Corporation
2  Terence J. Cassidy, SBN 099180
   John R. Whitefleet, SBN 213301
3  350 University Avenue, Suite 200
   Sacramento, CA 95825                              **OK/HAV**
4  (916) 929-1481
   (916) 927-3706 (facsimile)
5
   Attorneys for Defendant CITY OF VALLEJO
6

7

8                    IN THE UNITED STATES DISTRICT COURT

9                       EASTERN DISTRICT OF CALIFORNIA

10

11 WYNATHEN KETCHUM, ANA              Case No.: CIV. 2:05-CV-01098-DFL-JFM
   MENJIVAR, acting for themselves and
12 others similarly situated,          **STIPULATION BY THE PARTIES TO
                                       MODIFY SCHEDULING ORDER
13          Plaintiffs,                REGARDING TRIAL AND PRETRIAL
                                       CONFERENCE; PROPOSED ORDER
14 vs.                                 REGARDING SAME**

15 CITY OF VALLEJO,

16          Defendant.

17  _____/

18        Plaintiffs WYNATHEN KETCHUM and ANA MENJIVAR and Defendant CITY OF

19 VALLEJO, by and through their respective attorneys of record, hereby agree to the proposed

20 change set forth below and request the Court modify the Scheduling Order filed August 29,

21 2005 as follows:

22                                Old Date                      New Date

23 PreTrial Conference         September 14, 2007         December 14, 2007
                                                          at 2:00 p.m.
24
25 Trial                       October 22, 2007           January 14, 2008 at
                                                          9:00 am

26 Good cause exists to modify the Scheduling Order.  On the Court's own motion, by Minute

27 Order dated May 17, 2007, the Trial and Pretrial Conference dates were recently rescheduled

28 to October 22, 2007, and September 14, 2007, respectively.   The newly-set trial date

                                            1

1 conflicts with the previously scheduled wedding of the son of trial counsel for Defendant.
2 Therefore, good cause exists to modify the dates are set forth above.

3
4                                    Respectfully Submitted,
5 Dated: May 25, 2007                MASTAGNI, HOLSTEDT, AMICK, MILLER,
                                     JOHSEN & UHRHAMMER
6                                    A Professional Law Corporation

7

8                                    By _____
                                        David E. Mastagni, Esq.
9                                       Will M. Yamada, Esq.
                                        Straun W. Boston, Esq.
10                                      Attorneys for Plaintiffs

11                                   Respectfully Submitted,

12 Dated: May 25, 2007               PORTER, SCOTT, WEIBERG & DELEHANT
                                     A Professional Law Corporation
13

14
                                     By _____
15                                      Terence J. Cassidy
                                        John R. Whitefleet
16                                      Attorneys for Defendant

17

18 **GOOD CAUSE APPEARING, IT IS SO ORDERED.**

19

20 DATED: June 6, 2007
                                        /s/ David F. Levi
21                                      U.S. DISTRICT COURT JUDGE

22
23
24
25
26
27
28