**PORTER, SCOTT, WEIBERG & DELEHANT**
A Professional Corporation
Terence J. Cassidy, SBN 099180
John R. Whitefleet, SBN 213301
350 University Avenue, Suite 200
Sacramento, CA 95825
(916) 929-1481
(916) 927-3706 (facsimile)

Attorneys for Defendant CITY OF VALLEJO

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WYNATHEN KETCHUM, ANA MENJIVAR, acting for themselves and others similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>CITY OF VALLEJO,<br><br>Defendant.<br>_____/ | Case No.: CIV. 2:05-CV-01098-RRB-JFM<br><br>**STIPULATION BY THE PARTIES TO MODIFY SCHEDULING ORDER REGARDING TRIAL AND PRETRIAL CONFERENCE AND VDRP DEADLINE; ORDER REGARDING SAME** |

Plaintiffs WYNATHEN KETCHUM and ANA MENJIVAR and Defendant CITY OF VALLEJO, by and through their respective attorneys of record, hereby agree to the proposed change set forth below and request the Court modify the Scheduling Order filed on August 29, 2005, and to continue the deadline to complete the Voluntary Dispute Resolution Program ("VDRP") as follows:

| | Old Date | New Date |
|---|---|---|
| VDRP Deadline | November 16, 2007 | Within 60 days of filing of the Order on the Motions for Reconsideration |
| PreTrial Conference | December 14, 2007 | August 22, 2008 at 3:00 pm. |
| Trial | January 14, 2008 | October 6, 2008 at 9:00 a.m. |

///

1

STIPULATION TO MODIFY SCHEDULING ORDER
RE PRETRIAL AND TRIAL

00539063.WPD

1   Good cause exists to modify the Scheduling Order and continue the deadline to
2   complete VDRP. The parties filed cross-motions for summary judgment, which were taken
3   under submission. The motions presented issues potentially dispositive of liability. In order
4   to conduct more meaningful mediation through VDRP, the deadline to complete VDRP was
5   continued several times to allow time for the court to issue a ruling on the motions for
6   summary judgment. The trial date of October 22, 2007 was previously continued on the
7   Court's own motion by Minute Order dated May 17, 2007. This date was then immediately
8   moved again due to a conflict with counsel's calendar.
9   On October 15, 2007, the Court issued its Memorandum of Opinion and Order on the
10  parties' motions for summary judgment. Both parties have now filed Motions for
11  Reconsideration, hearing for which is currently scheduled for December 5, 2007. The parties
12  believe the outcome of the Motions for Reconsideration may significantly affect the scope
13  of potential liability and available damages. Given the hearing date of December 5, 2007,
14  on the Motions for Reconsideration and its close proximity to the date scheduled for the
15  PreTrial Conference and Trial, the parties wish to avoid potentially unnecessary expense in
16  the preparation for trial on shortened time, to allow sufficient time for the consideration of
17  the Motions for Reconsideration, and issuance of an Order on same as well as provide
18  sufficient time and to allow meaningful participation in the VDRP and the mediator's
19  schedule.
20  Therefore, good cause exists to modify the deadline to complete VDRP so that the
21  parties may complete VDRP within sixty (60) days following the filing of an Order on the
22  parties' Motions for Reconsideration, and to continue the Pretrial Conference and Trial dates
23  as set forth above.
24  ///
25  ///
26  ///
27  ///
28  ///

|   |   |   |
|---|---|---|
| 1 | | Respectfully Submitted, |
| 2 | Dated: October 31, 2007 | MASTAGNI, HOLSTEDT, AMICK, MILLER, JOHSEN & UHRHAMMER |
| 3 | | A Professional Law Corporation |

By      /s/ Will M. Yamada, Esq.
        _____
        David E. Mastagni, Esq.
        Will M. Yamada, Esq.
        Attorneys for Plaintiffs

Respectfully Submitted,

Dated: October 31, 2007        PORTER, SCOTT, WEIBERG & DELEHANT
                               A Professional Law Corporation

By      /s/ John R. Whitefleet
        _____
        Terence J. Cassidy
        John R. Whitefleet
        Attorneys for Defendant

**GOOD CAUSE APPEARING, IT IS SO ORDERED.**

DATED: 10/31/2007

        /s/ Ralph R. Beistline
        _____
        U.S. DISTRICT COURT JUDGE

---